

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN AUSTIN, *et al* | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, *et al.* | : | NO. 90-7497 |
| Defendants. | : | |

**ORDER**

FILED
JUN 0 4 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 4th day of June, 2007, upon consideration of *pro se* petitioner's "Objection to Proposed Settlement dated May 25, 2007,"[1] the Court noting that, by Order dated January 5, 1995, and Memorandum dated January 17, 1995, copies of both of which were posted in all state correctional institutions, the Court approved the settlement agreement and dismissed the *Austin* case without prejudice, **IT IS ORDERED** that *pro se* petitioner's "Objection to Proposed Settlement," and all other relief requested, is **DENIED**.

The entry of this Order is **WITHOUT PREJUDICE** to petitioner's right to seek relief with respect to prison conditions at SCI-Rockview in the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.

---

[1] A copy of *pro se* petitioner's "Objection to Proposed Settlement," shall be docketed by the Deputy Clerk.