Phillip Redwald
#NX 8693
SCI Greene Prison
175 Progress Dr.
Waynesburg, PA 15370-8090

8-5-2021

To: Kate Barkman CLERK OF COURT/ U.S.D.C.- E.D. 2609 U.S. Courthouse 601 Market St. Phila, PA 19106-9865

Dear Ms. Barkman, Re: Request For Docket Sheet; 90-CV-7497 → $14.40 cost

1. Will you please FWD attached "Motion to Proceed in Forma Pauperis" to the correct judge?

2. Are you able to waive the fee based on the fact I am currently IFP in U.S.D.C.-W.D. in RE: 2-20-CV-689 PLD?

3. With all due respect, I feel I have the constitutional right to ~~have~~ have "justice rendered without cost denial or delay".

4. In the 90-CV-7497 docket I need specific information of the 23(B)(2) future class action detail(s) and perhaps even more importantly, the current addresses of the Law Firm(s) that settled this 1.4 million class action.

7) Do you have a specific form wherein I can climb aboard this 1995 case (or) do I have to file a separate 1983 action and an IFP motion based on my current IFP status in W.D.?

5. Please bear with me (I'm 61 years old) but I also need confirmation of payments

paid $350? (and receipts (#)) of my Co-plaintiff status in re: 2-20-CV-01518 LPL in USDC-W.D.; and

6) Finally (thank God) what specific judge is assigned to my 2nd W.D. USDC case (2254): #2-21-CV-000964-000? and/ or docket sheet please, ok? (of both cases)

Thanks + God bless,

Phillip Redwald
Phillip Redwald   D.O.B. 11-24-59

P.S. why am I not getting noticed and updates from this case? thx!

IN THE UNITED STATES DISTRICT COURT — E.D. PA.

To HON. JUDGE OF SAID COURT,

**MOTION TO PROCEED in FORMA PAUPERIS**

AND NOW comes Petitioner Phillip Rehwald respectfully petitioning your Honorable Court to simply waive the $14.40 fee for Docket sheet # 90-CV-7497, based upon my current IFP status in USDC-WD No 2-20-CV-689 + No 2-21-CV-964; and with all due respect under the Constitution to please render this "justice without cost denial nor delay".

WHEREFORE Petitioner prays your Honorable Court to waive said $14.40 fee as nothing has changed in my IFP status in said case(s). Please GRANT motion and please

✓ FWD. to your CLERK OF COURT: Kate Barkman

✓ These aboveread statements are true to the best of my knowledge as of today; date of Aug 4, 2021. P.R.

Thank you,

(x) P.hillip Rehwald  PRO SE

Phillip Rehwald   D.O.B. 11-24-59
NX # 8693
SCI greene
175 progress drive
Waynesburg, PA. 15370-8090

**Smart Communications/PADOC**

SCI- Greene
Name Phillip Roherell
Number KX 8693

PO Box 33028
St Petersburg FL 33733

PA DEPT OF CORRECTIONS INMATE MAIL

CLERK OF CTS. Kate Barkman
c/o U.S.D.C. - E.D. PA.
2609 U.S. Cthouse
601 Market St.
Phila, PA 19106-9865

U.S.M.S. X-RAY

U.S. POSTAGE PITNEY BOWES
$ 000.51⁰
ZIP 15370
02 4W
0000355500 AUG 05 2021